UNITED STATES DISTRICT COURT

Western District of Texas

**Alternative Dispute Resolution Summary**

1. Style of case: Constance Stokes and Brandon Thompson vs. Loren Lee Chan and Grand Star Trucking, Inc.

2. Civil action number: SA-17-CV-000318-FB

3. Nature of suit: Personal Injury

4. Date of Mediation: 06/20/18 (claim of Constance Stokes settled today; claim of Brandon Thompson remains pending)

5. When did the case settle? ☐ Before ADR   ☒ In ADR   ☐ Did Not Settle

6. What was your total fee?   $ 1,650 per party   or   ☐ Pro Bono

7. How was this Mediation initiated?   ☐ by court order   or   ☒ agreement of the parties

8. Please provide the names, addresses, and telephone numbers of counsel:

| | |
|---|---|
| Name: Dale Hicks/TJ Henry Firm | Name: Gordon Stafford/Mark Macias Firm |
| Address: | Address: |
| Phone: | Phone: |
| Name: Nathaniel Mack, III | Name: |
| Address: | Address: |
| Phone: | Phone: |

9. Additional comments: The claims of Constance Stokes were resolved today. The claims of Brandon Thompson remain pending.

Signature of Neutral

Address: 802 N. Carancahua, Suite 450
Corpus Christi, Texas 78401

Date: 07-31-18

Phone: 361-884-0616

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of ADR or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement.*