IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CONSTANCE STOKES, BRANDON THOMPSON, | § § § § | |
| *Plaintiffs,* | § § | |
| vs. | § § | SA-17-CV-00318-FB |
| LOREN LEE CHAN, GRAND STAR TRUCKING, INC., | § § § § | |
| *Defendants.* | § § § | |

## ORDER RETURNING CASE TO DISTRICT COURT

This case was referred to the undersigned for all pretrial proceedings on December 1, 2017 [#25]. The record reflects that Plaintiff Constance Stokes has settled her claims with Defendants in mediation, and the parties' dismissal papers are due on September 3, 2018 [#56]. Plaintiff Brandon Thompson's claims remaining pending. The deadlines for discovery and the filing of dispositive motions have expired, and there are no pending motions before the Court. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 9th day of August, 2018.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE