IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CONSTANCE STOKES AND BRANDON THOMPSON | § § § |
| v. | § § CIVIL ACTION NO. SA-17-CV-0318-FB |
| LOREN LEE CHAN AND GRAND STAR TRUCKING, INC | § § § |

## CONSTANCE STOKES AGREED STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Plaintiff **CONSTANCE STOKES** and Defendants **LOREN LEE CHAN and GRAND STAR TRUCKING, INC.** file their Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiff filed her Original Petition on March 8, 2017 in Bexar County, Texas. Defendant **LOREN LEE CHAN** filed an Answer to Plaintiff's Original Petition on March 31, 2017. Defendant **GRAND STAR TRUCKING, INC** filed an Answer to Plaintiff's Original Petition on April 11, 2017.

2. Plaintiff **CONSTANCE STOKES** moves to dismiss her lawsuit against the Defendants. Plaintiff **CONSTANCE STOKES'** dismissal does not apply to Plaintiff **BRANDON THOMPSON.**

3. The Case was removed to Federal Court.

4. The parties have settled all matters in dispute.

5. Defendant, who has answered, agrees to the dismissal.

6. This case is not a class action lawsuit.

7. **CONSTANCE STOKES** dismisses her lawsuit against the Defendant with prejudice.

All relief not specially requested herein is hereby denied. Costs of court are taxed against the party incurring same.

Respectfully Submitted,

THE LAW OFFICE OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
Tel. (361) 985-0600
Fax. (361) 985-0601

By: _____
Thomas J. Henry
State Bar No. 09484210
Dale Hicks
State Bar No. 09575430
*Dhicks-svc@thomasjhenrylaw.com

**ATTORNEYS FOR PLAINTIFF**
*Service by email to this email address only


LAW OFFICE OF JAMES A. LAWRENCE
1100 Northwest Loop 410, Suite 370  San Antonio, TX 78213-2200
(210) 949-0166
(855) 949-1338 Facsimile

By: _____
Gordon O. Stafford, Jr.
State Bar No. 18995000
Staffg1@nationwide.com

**ATTORNEY FOR DEFENDANTS**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CONSTANCE STOKES AND<br>BRANDON THOMPSON | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. SA-17-CV-0318-FB |
| | § | |
| LOREN LEE CHAN AND<br>GRAND STAR TRUCKING, INC | §<br>§<br>§ | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' Agreed Stipulation of Dismissal, the Court **GRANTS** the motion and dismisses **CONSTANCE STOKES'** lawsuit against Defendants **LOREN LEE CHAN** and **GRAND STAR TRUCKING, Inc.** with prejudice.

SIGNED on the _____ day of _____, 2018.

_____
JUDGE PRESIDING