IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CONSTANCE STOKES AND<br>BRANDON THOMPSON | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO.: SA-17-CV-0318-FB |
| | § | |
| LOREN LEE CHAN AND<br>GRAND STAR TRUCKING, INC. | §<br>§<br>§ | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE JUDGE OF THIS UNITED STATES DISTRICT COURT:

COME NOW **BRANDON THOMPSON** (hereinafter, "Plaintiff") and **LOREN LEE CHAN AND GRAND STAR TRUCKING, INC.** (hereinafter, "Defendants"), Plaintiff and Defendants, respectively, in the above-entitled and numbered cause, and file this their *Joint Stipulation of Dismissal with Prejudice*, and for same would show unto the Court as follows:

I.

1. Plaintiff and Defendants hereby jointly notify and stipulate to the Court that all matters in controversy between them have been fully and completely resolved and settled.

2. Plaintiff and Defendants further hereby jointly notify and stipulate to the Court that any and all claims and causes of action asserted, or which could have been asserted, by Plaintiff against Defendants in the above-entitled and numbered lawsuit are hereby dismissed with prejudice as to Plaintiff's right to reinstate or re-file against Defendants any of the aforementioned claims or causes of action, pursuant to Federal Rule of Civil Procedure 41(a).

3. Plaintiff and Defendants further hereby jointly notify and stipulate to the Court that each party will bear its own fees and costs of court.

Respectfully submitted,

*[signature]*

GORDON O. STAFFORD
Bar No. 18995000
LAW OFFICE OF JAMES A. LAWRENCE
1100 NW Loop 410, Suite 370
San Antonio, Texas 78213
210.949.0166
855.949.1338 Facsimile
Email: Staffg1@nationwide.com
**ATTORNEY FOR DEFENDANTS**
**LOREN LEE CHAN AND GRAND STAR TRUCKING, INC.**

*[signature]*

Nathaniel Mack, III
LAW OFFICES OF NATHANIEL MACK III
1777 NE Loop 410, Suite 600
San Antonio, Texas 78217
210.333.6225
210.855.3152 Facsimile
Email: nmack@macktexaslaw.com
**ATTORNEY FOR PLAINTIFF**
**BRANDON THOMPSON**